**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: **08 C 567**

RANDY W. GILLERT
v.
EXPERIAN INFORMATION SOLUTIONS, INC.
and US DEPARTMENT OF EDUCATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff                                           **JUDGE KENDALL**
                                                    **MAGISTRATE JUDGE KEYS**

| | |
|---|---|
| NAME (Type or print) <br> Alyssa H. Blackwell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Alyssa H. Blackwell | |
| FIRM <br> Larry P. Smith & Associates, Ltd. | |
| STREET ADDRESS <br> 205 N. Michigan Ave, Suite 4000 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6282538 | TELEPHONE NUMBER <br> 312-222-9028 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT