IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RANDY W. GILLERT,**

        **Plaintiff,**        Civil Action No. 1:08-CV-0567

        v.        Judge Kendall

**EXPERIAN INFORMATION**        Magistrate Judge Keys
**SOLUTIONS, INC., and US**
**DEPARTMENT OF EDUCATION,**

        **Defendants.**

**EXPERIAN INFORMATION SOLUTIONS, INC.'S LOCAL RULE 3.2
NOTIFICATION AS TO AFFILIATES**

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") hereby certifies pursuant to Local Rule 3.2 that the following listed parties have a direct, pecuniary interest in the outcome of this case:

1. Parent Companies: The parent company of Experian is Experian Group Limited.

2. Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

    (a) First American Real Estate Solutions, LLC

    (b) First American Real Estate Solutions II, LLC

    (c) Vehicle Title, LLC

    (d) Central Source LLC

    (e) Online Data Exchange LLC

    (f) New Management Services LLC

    (g) VantageScore Solutions LLC

3.  Publicly Held Companies:  Experian Group Limited owns 100 percent of Experian. Experian Group Limited is publicly traded on the London Stock Exchange.

Dated: February 18, 2008  Respectfully submitted,

/s/ Gabriel H. Scannapieco
Gabriel H. Scannapieco
JONES DAY
77 West Wacker Drive
Chicago, IL  60601-1692
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**CERTIFICATE OF SERVICE**

      I, Gabriel H. Scannapieco, certify that on the 18th day of February, 2008, I served the foregoing **Experian Information Solutions, Inc.'s Local Rule 3.2 Notification as to Affiliates** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

Alyssa Hicks Blackwell
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Ave.
Suite 4000
Chicago, Illinois 60601
(312) 222.9028
Email: ablackwell@lpsmithlaw.com

                                           /s/ Gabriel H. Scannapieco
                                           Gabriel H. Scannapieco