UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RANDY GILLERT, | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 0567 |
| | ) | |
| v. | ) | |
| | ) | Judge Kendall |
| EXPERIAN INFORMATION, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.  This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.  See LR 83.16(b).

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By: s/ Gina E. Brock
           GINA E. BROCK
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-7919
           Gina.Brock@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY DESIGNATION**

were served on March 13, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

                                                    s/ Gina E. Brock
                                                  GINA E. BROCK
                                                  Assistant United States Attorney
                                                  219 South Dearborn Street
                                                  Chicago, Illinois 60604
                                                  (312) 353-7919