UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Randy W. Gillert
                                      Plaintiff,

v.                                               Case No.: 1:08–cv–00567
                                               Honorable Virginia M. Kendall

Experian Information Solutions, Inc., et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Initial Status hearing held. Fact discovery ordered closed 7/8/2008. Expert discovery ordered closed 8/7/2008. Dispositive motions with supporting memoranda due 9/8/2008; responses due 10/6/2008; replies due 10/20/2008. Status hearing set for 7/9/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.