IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RANDY W. GILLERT,**

      Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC., and US DEPARTMENT OF EDUCATION**

      Defendants.

Case No. 1:08-cv-0567
Judge Virginia Kendall

## NOTICE OF MOTION

To: Counsel on attached service list

    PLEASE TAKE NOTICE that on Thursday, May 1, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Experian Information Solutions, Inc. will appear before the Honorable Virginia M. Kendall in Room 2319 of the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, 60604, and then and there present its **Agreed Motion For Entry of Protective Order.**

Dated: April 25, 2008

Respectfully submitted,

/s/ Gabriel H. Scannapieco_____
Gabriel H. Scannapieco
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, Illinois  60601
Telephone:   (312) 782-3939
Facsimile:   (312) 782-8585

*Attorney for Defendant
Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Gabriel H. Scannapieco, certify that on the 25th day of April, 2008, during business hours, I served the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

| | |
|---|---|
| Larry P. Smith<br>LARRY P. SMITH & ASSOCIATES, LTD.<br>205 North Michigan Ave.<br>Suite 4000<br>Chicago, Illinois 60601<br>(312) 222.9028<br>Email: lsmith@lpsmithlaw.com | Alyssa Hicks Blackwell<br>LARRY P. SMITH & ASSOCIATES, LTD.<br>205 North Michigan Ave.<br>Suite 4000<br>Chicago, Illinois 60601<br>(312) 222.9028<br>Email: ablackwell@lpsmithlaw.com |

Ms. Gina E. Brock
Assistant United States Attorney
219 S. Dearborn St.
Chicago, Illinois 60604
(312) 353-5300
Email: Gina.Brock@usdoj.gov

                                              /s/ Gabriel H. Scannapieco
                                              Gabriel H. Scannapieco