UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RANDY GILLERT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 567 |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, et al. | ) | Judge Kendall |
| | ) | |
| Defendant. | ) | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that Assistant United States Attorney Gina E. Brock is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Amanda A. Berndt
    AMANDA A. BERNDT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1413

**CERTIFICATE OF SERVICE**

  The undersigned Assistant United States Attorney hereby certifies that the following document:

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

was served on May 1, 2008, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

    s/ Amanda A. Berndt
    AMANDA A. BERNDT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois
    (312) 353-1413