IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RANDY W. GILLERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 567 |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | Judge Kendall |
| and | ) | |
| US DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO TRANSFER VENUE

NOW COMES the Plaintiff, RANDY W. GILLERT, by and through his attorneys, Larry P. Smith & Associates, Ltd., and moves this Honorable Court to transfer venue pursuant to 28 U.S.C. § 1404. In support of this motion, Plaintiff states as follows:

1. This matter was originally filed in the Northern District of Illinois on January 25, 2008.

2. Plaintiff is a resident of Hot Springs, Arkansas and has been throughout all the events that took place that are alleged in the Complaint.

3. The underlying debt that is at issue in the case was incurred while in Hot Srings, Arkansas, and all of his disputes were prepared at and mailed from his address in Hot Springs.

4. 28 U.S.C. § 1404 provides:

   (a) For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought

1

5.	Plaintiff's counsel has consulted with the counsel of each Defendant and neither counsel has raised an objection, and would agree to a transfer of this matter to the United States District Court for the Western District of Arkansas, Hot Springs Division.

6.	Plaintiff has not brought this motion for the purpose of delay, but rather in an attempt to curtail the rising cost of pursuing his rights in this litigation.

WHEREFORE, the Plaintiff, RANDY W. GILLERT, by and through his attorneys, respectfully prays that this Honorable Court will transfer venue of this matter to the United States District Court for the Western District of Arkansas, Hot Springs Division.

        Respectfully Submitted,
        **RANDY W. GILLERT**

        By:  */s Larry Smith*
             Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys For Plaintiff
205 North Michigan Avenue, 40th Floor
Chicago, Illinois 60601
Ph: (312) 222-9028
Fax: (312) 602-3911