IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RANDY W. GILLERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 567 |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | Judge Kendall |
| and | ) | |
| US DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**To:**
Mr. Gabriel Hernandez Scannapieco         Ms. Amanda Berndt
Jones Day                                 Assistant United States Attorney
77 W. Wacker Dr. Ste. 3500                219 S. Dearborn St.
Chicago Illinois 60601                    Chicago IL 60604

On, **June 30, 2008 at 9:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kendall, or any judge sitting in her stead, in courtroom 2319, the courtroom usually occupied by her in the Federal Dirksen Building at 219 South Dearborn Street, Chicago, Illinois, and present a copy of **Plaintiff's Motion to Transfer Venue,** a copy of which was served upon you.

By:     ___s/ Larry Smith_____
        Attorney for Plaintiff

Name:           LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys For:  Plaintiff
Address:        205 N. Michigan Ave, 40th Floor
City:           Chicago, Illinois 60601
Telephone:      (312) 222-9028
Facsimile:      (312) 602-3911

## PROOF OF SERVICE

I, the undersigned, an attorney, certify that I served this notice to the above named party or parties at the above referenced addresses on June 26, 2007, by 5:00 p.m. from 205 N. Michigan Ave, Chicago, Illinois 60601 *via e-mail*.

By___s/ Larry Smith_____
    Attorney for Plaintiff