# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 567 | **DATE** | 6/27/2008 |
| **CASE TITLE** | GILLERT vs. EXPERIAN INFORMATION SOLUTIONS INC et al | | |

**DOCKET ENTRY TEXT**

By agreement of the parties, this action is transferred to the Western District of Arkansas, Hot Springs Division.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|