# United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois  60604

| | | |
|---|---|---|
| Michael W. Dobbins, Clerk | August 13, 2008 | Office of the Clerk |

U.S. District Court

308 United States Post Office

and Courthouse

100 Reserve Street

Hot Springs, AR 71901-4143


RE:        Gillert        v.        Experian Information Solutions, Inc. et al

Case No: 08cv 567

Dear Sir:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorable Virginia Kendall on June 27, 2008.

Please acknowledge receipt of the record on the enclosed copy of this letter.

                                                    Sincerely yours,
                                                    Michael W. Dobbins, Clerk



                                                    By:     Johnnie M. Patterson
                                                             Deputy Clerk

Enclosures


New Case No. _____        Date _____

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
     **CLERK**

RE:            Gillert            v.            Experian Information Solutions, Inc. et al

Case No: 08cv 567

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Honorable Virginia Kendall on June 27, 2008. Enclosed is a certified copy of the transfer order and docket sheet.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. **All documents filed prior to electronic filing are included in this transfer package.** (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

                                        Sincerely yours,
                                        Michael W. Dobbins, Clerk

                                        By:
                                             Deputy Clerk

Enclosures

New Case No. _____        Date _____