MHN

**FILED**

AUG 2 2 2008
8-22-2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NF

| SENDER: | I also wish to receive the following services (for an extra fee): |
|---|---|
| ☐ Complete items 1 and/or 2 for additional services.<br>  Complete items 3, 4a, and 4b.<br>☐ Print your name and address on the reverse of this form so that we can return this card to you.<br>☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>☐ Write "Return Receipt Requested" on the mailpiece below the article number.<br>☐ The Return Receipt will show to whom the article was delivered and the date delivered. | 1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery |

3. Article Addressed to: 8cv 567

U.S. District Court
308 United States Post Office
and Courthouse
100 Reserve Street
Hot Springs, AR 71901-4143

4a. Article Number
7004 2510 0001 9802 7439

4b. Service Type
☐ Registered        ☐ Certified
☐ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
8-18

5. Received By: (Print Name)

6. Signature (Addressee or Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994       102595-99-B-0223       Domestic Return Receipt

08 cv 567